■ 57TH STREET ARTS, LLC, Respondent-Appellant, v CALVARY BAPTIST CHURCH et al., Appellants-Respondents. [852 NYS2d 840]— No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sweeny, McGuire and Kavanagh, JJ.